NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GARY McCLOUD,                                )
                                             )
            Appellant,                       )
                                             )
v.                                           )        Case No. 2D16-3715
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
_____)

Opinion filed June 15, 2018.

Appeal from the Circuit Court for Pinellas
County; Philip J. Federico, Judge.

Gary McCloud, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Bilal Ahmed Faruqui,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, KHOUZAM, and CRENSHAW, JJ., Concur.